AMERICAN SCOTTI CORPORATION and S. A. SCOTTI & C., OF MONZA, ITALY, Appellants, v. HENRY POLLAK, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to a motion in this court, if appellants are so advised, to dispense with printing any specified papers that may be recited in the order appealed from.    No opinion.    Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EMALER REALTY COMPANY, INC., Respondent, v. TUDOR CITY FOURTH UNIT, INC., and Another, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements.    No opinion.    Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

169 REALTY CORPORATION v. HOWARD CLOTHES, INC., and JOSEPH LANGERMAN. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.    Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

TEEDOR CO., INC., v. WILLIAM KLEIN.— Motion for leave to appeal to the Court of Appeals granted.    [See ante, p. 703.]    Motion for an extension of time to answer granted in so far as to stay entry of judgment for plaintiff by default pending said appeal.    Motion for reargument denied.. Settle order on notice.    Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

SNAP LITE CORPORATION and WILLIAM KOBRIN v. ALEMITE CORPORATION, Impleaded, etc.— Motion for reargument denied, with ten dollars costs.    Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Certain Supplemental Trust Agreement with PRUDENCE-BONDS CORPORATION, etc., v. BERNARD C. McCONNELL, Impleaded with REALTY ASSOCIATES SECURITIES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin. P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLARD A. MITCHELL for the Judicial Settlement of His Account as Trustee under a Deed of Trust between E. EURANA SCHWAB and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROBERT W. EVANS v. THE TEXAS COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FREDRICK RODIEK, as Ancillary Executor, etc., of JOHANN FRIEDRICH HACKFELD, Deceased, for an Allowance of Attorneys' Fees and Expenses.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between SPENCE, BRYSON & Co., LTD., and SAMARA BROS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.